| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | W. DOUGLAS SPRAGUE (CSBN 202121)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue; Box 36055<br>San Francisco, CA 94102 |
| 7 | Telephone: (415) 436-7128<br>Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

**FILED**

APR 28 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WILFREDO PASCUAL,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 10-0101 JSW<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 14, 2010, TO MAY 6, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(7)(A)) |

The parties appeared before United States Magistrate Bernard Zimmerman on April 14, 2010. The Court enters this order scheduling a status hearing before United States District Court Judge Jeffrey S. White on May 6, 2010, at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 14, 2010, to and including May 6, 2010. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested exclusion of time would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery.

2. Accordingly, the Court found that the ends of justice served by excluding the period

STIPULATION AND ORDER
CR 10-0101 JSW

1  from April 14, 2010, to and including May 6, 2010, outweigh the best interest of the public and
2  the defendant in a speedy trial. Id. § 3161(h)(7)(A).
3      3. Therefore, and with the consent of the defendant and his attorney, the Court ordered
4  that the period from April 14, 2010, to and including May 6, 2010, be excluded from Speedy
5  Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
6      4. The Court scheduled a status hearing before Judge White on May 6, 2010, at 2:30 p.m.
7  IT IS SO STIPULATED.

9  DATED: April 27, 2010                    /s/
                                            W. DOUGLAS SPRAGUE
10                                          Assistant United States Attorney

12 DATED: April 27, 2010                    /s/
                                            STEVEN GRUEL
13                                          Attorney for Defendant, Wilfredo Pascual

15 **IT IS SO ORDERED.**

17 DATED: April 28, 2010                    BERNARD ZIMMERMAN
18                                          United States Magistrate Judge

STIPULATION AND ORDER
CR 10-0101 JSW                              2